# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| CAMERINA VILLAGRAN, | ) |
| Petitioner, | ) |
| v. | ) Case No. 7:18-cv-00101-LSC-JEO |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report on May 13, 2020, recommending this action be dismissed for failure to state a cognizable claim for habeas relief and alternatively, for failure to exhaust the administrative remedies.  (Doc. 13). Although the magistrate judge advised the petitioner of her right to file specific written objections within fourteen (14) days, no objections have been received by the court.  In fact, on May 20, 2020, the US Postal Service returned the petitioner's copy of the report and recommendation to the court as undeliverable.  (Doc. 28). Additionally, the petitioner has not provided the court with a current address following her April 12, 2019, release from the custody of the Federal Bureau of Prisons.  *See* https://www.bop.gov/inmateloc/.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is


2

hereby **ADOPTED** and the recommendation is **ACCEPTED**. Therefore, this action is due to be **DISMISSED** for failure to state a cognizable claim, failure to exhaust administrative remedies, and want of prosecution.

    **DONE** AND **ORDERED** ON JUNE 4, 2020.

                                    L. SCOTT COOGLER
                             UNITED STATES DISTRICT JUDGE

160704